IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERICK JOSEPH LONG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of the | : | |
| Social Security Administration | : | NO. 14-3644 |

ORDER

AND NOW, this 29th day of January, 2015, upon consideration of plaintiff Erick Joseph Long's brief and statement of issues in support of request for review (docket entry #9), defendant Carolyn W. Colvin's response thereto (docket entry #12), plaintiff's reply thereto (docket entry #14), and the Honorable Jacob P. Hart's thorough and well-reasoned Report and Recommendation (docket entry #15), to which neither party has filed an objection within the time period specified by Loc. R. Civ. P. 72.1 IV (b), and the Court agreeing with Judge Hart that the matter should be remanded so that the Administrative Law Judge may reconsider the evidence regarding plaintiff's severe cervical back impairment and carpal tunnel syndrome, as well as all of plaintiff's physical impairments, and incorporate any associated work-related limitations into his residual functional capacity assessment or explain why such limitations are absent, expand the discussion upon his physical residual functional capacity assessment, and carefully consider the combined effect of all of plaintiff's severe impairments, it is hereby ORDERED that:

      1.    Judge Hart's Report and Recommendation (docket entry #15) is APPROVED and ADOPTED;

      2.    Plaintiff's request for review (docket entry #9) is GRANTED;

       3.       This case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Hart's Report and Recommendation;

       4.       The decision of the Commissioner is REVERSED for the purposes of remand only; and

       5.       The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

/s/ Stewart Dalzell, J.